UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Criminal Action No. 5: 23-029-DCR-1 |
| V. | ) |
| CHASE RUSSELL DOWNEY, | ) **JUDGMENT OF ACQUITTAL** |
| | ) **ON COUNTS 3 AND 7 OF THE** |
| Defendant. | ) **INDICTMENT** |

**** **** **** ****

Following a jury trial which concluded on November 2, Defendant Chase Russell Downey was found guilty not guilty of on Counts 3 and 7 of the Indictment. Therefore, it is hereby

**ORDERED** that Defendant Chase Russell Downey is **ACQUITTED** of the charges contained in Count 3 of the Indictment of possessing with intention of distribute 50 grams or more of methamphetamine and Count 7 of maintain residence for distributing controlled substances. This Judgment of Acquittal does not affect his conviction on the remaining Counts 1, 2, 4, 5, and 6.

Dated: November 3, 2023.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky